IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01533-WYD-MJW

THOMAS  M.  ALLEN,

Plaintiff(s),

v.

DENVER POLICE OFFICER SERGEY GUREVICH, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the *Plaintiff's First Amended Motion to Vacate Scheduling Conference Set for August 25, 2009*, DN 9, filed with the Court on August 18, 2009, and *Plaintiff's Motion to Vacate Scheduling Conference Set for August 25, 2009*, DN 7, filed with the Court on August 18, 2009, are both GRANTED.  The scheduling conference set on August 25, 2009, at 9:30 a.m., is VACATED and **RESET** on September 22, 2009, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:  August 19, 2009