IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01533-WYD-MJW

THOMAS M. ALLEN,

    Plaintiff,

v.

DENVER POLICE OFFICER SERGEY GUREVICH;
DENVER POLICE OFFICER ROBERT KLEMAN; and
ARAPAHOE COUNTY DEPUTY SHERIFF CHAD WALKER, Individually and Severally;
ARAPAHOE COUNTY SHERIFF'S OFFICE;
CITY AND COUNTY OF DENVER; and
ARAPAHOE COUNTY,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Defendant Robert Kleman (filed October 2, 2009).  Plaintiff asserts that upon review of the facts of the case, Plaintiff no longer seeks any claims against Defendant Kleman and therefore wishes to dismiss him from the case.  After a careful review of the motion and the file, I conclude that the motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss Defendant Robert Kleman (Doc. # 23) is **GRANTED**.  Defendant Denver Police Officer Robert Kleman is **DISMISSED** from the case and shall hereafter be taken off the caption.

Dated: October 2, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge