IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01533-WYD-MJW

THOMAS  M.  ALLEN,

Plaintiff(s),

v.

DENVER POLICE OFFICER SERGEY GUREVICH, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave of Court to Amend Complaint (Docket No. 25) is granted, and thus the tendered Amended Complaint (Docket No. 21) is accepted for filing as of the date of this Minute Order.

Date: October 6, 2009