IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01533-WYD-MJW

THOMAS M. ALLEN,

    Plaintiff,

v.

DENVER POLICE OFFICER SERGEY GUREVICH;
ARAPAHOE COUNTY DEPUTY SHERIFF CHAD WALKER, Individually and Severally;
ARAPAHOE COUNTY SHERIFF J. GRAYSON ROBINSON;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE;
and CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the First Amended Complaint filed on October 6, 2009, which no longer lists Arapahoe County as a Defendant and the docket annotation of the same date terminating Arapahoe County as a party, Defendant "Arapahoe County's" Motion to Dismiss (doc. # 14) is **DENIED AS MOOT**.

    Dated:  October 9, 2009