IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01533-WYD-MJW

THOMAS M. ALLEN,

    Plaintiff,

v.

DENVER POLICE OFFICER SERGEY GUREVICH;
ARAPAHOE COUNTY DEPUTY SHERIFF CHAD WALKER, Individually and Severally;
ARAPAHOE COUNTY SHERIFF J. GRAYSON ROBINSON;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE;
and CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss his $319,000 Foreclosure Damage Claim. Plaintiff asserts therein that as part of his claims for damages, he listed in the Proposed Scheduling Order a claim for foreclosure damages in the amount of $319,000. Plaintiff now wishes to dismiss such a claim. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Dismiss his $319,000 Foreclosure Damage Claim (doc. # 56) is **GRANTED**. The foreclosure damage claim in the amount of $319,000 is **DISMISSED**.

Dated: March 8, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge