IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01533-WYD-MJW

THOMAS M. ALLEN,

    Plaintiff,

v.

DENVER POLICE OFFICER SERGEY GUREVICH, et al.,

    Defendants.

---

### ORDER (Docket No. 65)

---

This matter is before the Court upon the Defendants' Unopposed Motion To Amend Scheduling Order With Respect To The Dispositive Motions Deadline (**Doc. #** 65), and finding good cause therefore:

IT IS ORDERED that the Motion is GRANTED and that the Dispositive Motion Deadline of April 5, 2010, set forth in the Scheduling Order (**Doc. #19**) is hereby amended and extended to and until that date fourteen (14) days after the date upon which the Court enters it ruling with respect to the Magistrate Judge's Recommendation Regarding Defendants' Motion for Sanctions (**Doc. #64**).

Entered this 5th day of April 2010.

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO